UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> JONATHAN CORTEZ-RAMIREZ, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:22-cr-00201-GMN-NJK <br><br> **ORDER** |

The parties appeared before the Court on July 11, 2023, for a hearing regarding Revocation of Supervised Release. Defendant is presently in custody. **IT IS HEREBY ORDERED** that Defendant shall be released from custody in Las Vegas, Nevada, on July 18, 2023, before 10:00 a.m.

Dated this __11__ day of July, 2023.

_____
Gloria M. Navarro, District Judge
United States District Court