RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Jonathan Cortez-Ramirez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00201-GMN-NJK |
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE** |
| v. | |
| JONATHAN CORTEZ-RAMIREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David C. Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Jonathan Cortez-Ramirez, that the Status Conference currently scheduled for July 21, 2023, at 9:00 a.m. be vacated.

This Stipulation is entered into for the following reasons:

1.      Mr. Cortez-Ramirez appeared for a hearing on revocation of supervised release on July 11, 2023. (ECF No. 23)

2.      Prior to the hearing, the parties negotiated a resolution of Mr. Cortez-Ramirez's case.

3.      The parties jointly recommended the following: (1) that the Court order Mr. Cortez-Ramirez to attend inpatient treatment at WestCare; (2) that the Court hold the petition (ECF No. 9) and addendum (ECF No. 18) in abeyance until the treatment is concluded; (3) following successful completion of the program, that Mr. Cortez-Ramirez will admit to violation 1A of the petition (ECF No. 9); and (4) that the remaining violations (including those in the addendum) will be dismissed.

4.      The Court accepted the parties' joint recommendation and ordered Mr. Cortez-Ramirez to be released on July 18, 2023, for the purpose of attending an assessment at WestCare and transitioning into WestCare's inpatient program. (ECF Nos. 23, 24.)

5.      The Court also set a status conference for July 21, 2023, at 9:00 a.m. The purpose of the status conference is to confirm that Mr. Cortez-Ramirez attended the assessment, was approved for the program, and actually transitioned into the program. (ECF No. 23.)

6.      United States Probation Officer Javier Muruato has confirmed that Mr. Cortez-Ramirez completed the WestCare assessment, was approved for the inpatient program, and actually has transitioned into the program as of the morning of July 20, 2023.

7.      Accordingly, there is no need for a status conference, and the parties respectfully request that the Court vacate the status conference set for July 21, 2023, at 9:00 a.m.

DATED this 20th day of July, 2023.


RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                      United States Attorney


By /s/ Rick Mula                             By /s/ David C. Kiebler
RICK MULA                                    DAVID C. KIEBLER
Assistant Federal Public Defender            Assistant United States Attorney


2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00201-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| JONATHAN CORTEZ-RAMIREZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the status conference currently scheduled for July 21, 2023 at 9:00 a.m., be vacated.

DATED this _20_ day of July, 2023.

_____

UNITED STATES DISTRICT JUDGE