RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Jonathan Cortez-Ramirez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JONATHAN CORTEZ-RAMIREZ,<br><br>            Defendant. | Case No. 2:22-cr-00201-GMN-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David C. Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Jonathan Cortez-Ramirez, that the Revocation Hearing currently scheduled on May 30, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

      This Stipulation is entered into for the following reasons:

      1.    The parties are working towards a resolution of this matter that could obviate the need for an evidentiary hearing, and require additional time for negotiations.

      2.    Defense counsel requires additional time to review discovery, conduct investigation, and counsel the defendant on his legal options.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 24th day of May, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ David C. Kiebler*<br>DAVID C. KIEBLER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00201-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| JONATHAN CORTEZ-RAMIREZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, May 30, 2024 at 10:00 a.m., be vacated and continued to August 13, 2024 at the hour of 10:00 a.m.

DATED this 28 day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE